**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000815
03-NOV-2022
08:28 AM
Dkt. 67 ODMR**</span>

NO. CAAP-17-0000815

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BIG ISLAND FEDERAL CREDIT UNION, Plaintiff-Appellant, v.
WILFRED E. AGUIAR, JR., Defendant-Appellee,
and COLORADO STATE UNIVERSITY, Garnishee-Appellee.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
PUNA DIVISION
(CIVIL NO. 3RC16-1-0329)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Nakasone and McCullen, JJ.)

Upon consideration of Plaintiff-Appellant Big Island Federal Credit Union's October 21, 2022 Motion for Reconsideration, the papers in support, and the record, it appears that this court did not overlook or misapprehend a point of law or fact when it entered the October 12, 2022 Summary

Disposition Order.  <u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, November 3, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge